UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Civil Action Number: 16-cv-21694 MARTINEZ/GOODMAN

ANDRES GOMEZ, on his own behalf
and on behalf of other individuals
similarly situated,

    Plaintiffs,

v.

LACOSTE USA, INC.,

    Defendant.

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the parties through their undersigned counsels that the above-captioned action is dismissed with prejudice pursuant to Federal Rules of Civil Procedure 41(a)(1)(A)(ii). Each party shall bear their own attorneys' fees and costs, except as otherwise agreed to by the parties pursuant to the Confidential Settlement Agreement.

Dated this 8th day of August, 2016.

| | |
|---|---|
| *s/ Scott R. Dinin* | *s/ Mary Joanne Dowd* |
| Scott R. Dinin, Esq. | Mary Joanne Dowd |
| SCOTT R. DININ, P.A. | Arent Fox LLP |
| 4200 NW 7th Avenue | 1717 K Street, NW |
| Miami, Florida 33127 | Washington, DC 20006 |
| Tel: (786) 431-1333 | Telephone: (202) 857-6000 |
| Fax: (786) 513-7700 | Facsimile: (202) 857-6395 |
| E-mail: inbox@dininlaw.com | Email: mary.dowd@arentfox.com, |
| *Counsel for the Plaintiff* | sara.schneider@arentfox.com, |
| | dana.finberg@arentfox.com |
| | *Counsel for the Defendant* |